No. 420. HATAHLEY ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Norman M. Littell, Frederick Bernays Wiener* and *Dennis McCarthy* for petitioners. *Solicitor General Rankin, Assistant Attorney General Morton, Roger P. Marquis* and *Harold S. Harrison* for the United States.

No. 421. MALMENATO *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. *Myer H. Gladstone* and *George N. Leighton* for petitioner.

No. 100, Misc. ADAMS *v.* RIGG, WARDEN. Supreme Court of Minnesota. Certiorari denied.

No. 113, Misc. GUGLIELMELLI *v.* NEW YORK. Appellate Division of the Supreme Court of New York, First Judicial Department. Certiorari denied. *Jacob W. Friedman* for petitioner. *Walter E. Dillon* for respondent.

No. 136, Misc. SNELGROVE *v.* RUSHING, WARDEN, ET AL. Court of Criminal Appeals of Texas. Certiorari denied. Petitioner *pro se*. *Will Wilson,* Attorney General of Texas, and *W. V. Geppert* and *George P. Blackburn,* Assistant Attorneys General, for respondents.

No. 181, Misc. SCOTT *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.

No. 239, Misc. SCHWARTZBERG *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.